UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONIE L. HAWKES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Civil No.   06-CV-0893 J (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　Counsel for Plaintiff contacted the Court on May 18, 2007, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　A Joint Motion for Dismissal shall be electronically filed on or before **July 31, 2007**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Napoleon A. Jones, Jr., shall be e-mailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

　　　　2.　　If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before July 31, 2007, then a Settlement Disposition Conference shall be held on **August 1, 2007**, at **9:00 a.m.** before Judge Bencivengo.  The conference shall be

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

        <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before July 31, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

DATED:  May 21, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge